**Order entered November 28, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01019-CV

## IN THE INTEREST OF S.O., MINOR CHILD

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-30101-2020**

## ORDER

Before the Court is Father's November 23, 2022 motion for a nine-day extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than December 2, 2022.

/s/    KEN MOLBERG
        JUSTICE